UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TAMARA W. REED                                                                CIVIL ACTION

VERSUS                                                                              NO. 12-2399

SOCIAL SECURITY ADMINISTRATION                               SECTION "E" (3)

REPORT AND RECOMMENDATION

On September 28, 2012, now-*pro se* plaintiff, Tamara W. Reed, filed the above-captioned matter in which she appealed the determination by the Commissioner of the Social Security denying her application for benefits. The case was automatically referred to the undersigned Magistrate Judge. On May 1, 2013, the matter came on for a show cause hearing to determine why the case should not be dismissed for failure to prosecute. For reasons set forth below, the Court RECOMMENDS that plaintiff's case be dismissed without prejudice for failure to prosecute.

As previously mentioned, the instant case was filed on September 28, 2012. On January 23, 2013, the Court issued a briefing schedule in which it ordered plaintiff to file her motion for summary judgment on or before March 11, 2013. Because of plaintiff's failure to comply with the aforesaid order, a show cause hearing was set and conducted by the undersigned on May 1, 2013.

On May 1, 2013, plaintiff failed to appear before the Court to explain why she has failed to file her motion for summary judgment. Neither has plaintiff contacted the Court to seek an extension of her filing deadline or of any other deadline. And the Court has received no mail

returned as undeliverable to plaintiff's address.  Moreover,  the show-cause order informed plaintiff that her lawsuit would be dismissed for failure to prosecute should she fail to appear in person and explain why she had not filed her motion for summary judgment.

Accordingly,

**IT IS RECOMMENDED** that plaintiff's case be DISMISSED without prejudice for failure to prosecute.

## OBJECTIONS

A party's failure to file written objections to the findings, conclusions and recommendations of a magistrate judge's report and recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and  legal conclusions accepted by the district judge, provided that the party has been served with notice that such consequences will result from a failure to object.  *Douglass v. United Services Auto. Ass'n,* 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana this 2nd day of May, 2013.

_____
**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**