# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TAMARA W. REED,** <br>     Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-2399** |
| **SOCIAL SECURITY ADMINISTRATION,** <br>     Defendant | **SECTION: "E" (3)** |

## ORDER

The Court, having considered the plaintiff's complaint,[1] the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[2] and the plaintiff's failure to object to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.

Accordingly, **IT IS ORDERED** that plaintiff's case be and hereby is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this __17th__ day of May, 2013.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 1

[2] R. Doc. 23.